# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )  )  )  Plaintiff,  )  )  v.  )  )  AL MEGHANI ENTERPRISE, INC. D/B/A THE WIRELESS SOLUTIONS,  )  )  )  )  Defendant.  ) | CIVIL ACTION NO. 5:21-cv-00760-JKP-HJB |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Al Meghani Enterprises, Inc. d/b/a The Wireless Solutions ("Defendant") and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, they respectfully show the Court as follows:

EEOC and Defendant have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendant respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

2

| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |
|---|---|

JOSHUA A. REDELMAN
State Bar No. 24099269
E-Mail: jredelman@stibbsco.com

/s/ Morgan N. Munoz
MORGAN N. MUNOZ
State Bar No. 24104119
E-Mail: mmunoz@stibbsco.com

STIBBS & CO., P.C.
819 Crossbridge Drive
Spring, Texas 77373
Telephone: (281) 367-2222
Facsimile: (281) 681-2330

ROBERT CANINO
Regional Attorney
Oklahoma State Bar No. 011782

MEAGHAN L. KUELBS
Acting Supervisory Trial Attorney
Texas Bar No. 24105277
E-mail: meaghan.kuelbs@eeoc.gov

/s/ Esha Rajendran
ESHA RAJENDRAN
Trial Attorney
Texas State Bar No. 24105968
E-mail: esha.rajendran@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 640-7574
Facsimile: (210) 281-7669